1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
5
   Counsel for Defendant CARLO SANTILLA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 14 00382 JST |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) ) | |
| CARLO SANTILLA, | ) ) ) | |
| Defendant. | ) ) | |

This matter presently is scheduled for a status conference on 10 March 2017.  Mr. Santilla lives in San Diego and presently is defending a criminal proceeding there that also forms the basis for the single charge of the pending Form 12 in this district.  Mr. Santilla has scheduled court appearances in San Diego during the month of March.

For these reasons, IT IS STIPULATED AND AGREED that this matter may be continued to 28 April 2017.  The probation officer confirms that he will be available on that date.

Dated:  3 March 2017

_____
ZACHARY GLIMCHER
Assistant United States Attorney

Dated:  3 March 2017

_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that this matter be continued to 28 April 2017.

Dated:  March  6 , 2017

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA