STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507

Counsel for Defendant CARLO SANTILLA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:14-cr-00382 JST-1 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| CARLO SANTILLA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter presently is scheduled for a status conference on April 28, 2017. Mr. Santilla lives in San Diego and is defending a criminal proceeding there that also forms the basis for the single charge of the pending Form 12 in this district. Trial in that case is set to commence on MAy 9, 2017. The parties wish to await resolution of that case before resolving the Form 12.

For these reasons, IT IS STIPULATED AND AGREED that this matter may be continued to June 16, 2017, the first available date on which counsel for the parties and the probation officer all can be present.

Dated: April 26, 2017

                                  /s/
ZACHARY GLIMCHER
Assistant United States Attorney

Dated: April 26, 2017

                                  /s/
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that this matter be continued to June 16, 2017.

Dated: April 27, 2017

JON S. TIGAR
United States District Judge