STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507

Counsel for Defendant CARLO SANTILLA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14 00382 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TAKING MATTER OFF CALENDAR** |
| v. | |
| CARLO SANTILLA, | |
| Defendant. | |

This matter presently is scheduled for a status conference on June 16, 2017. Mr. Santilla lives in San Diego and was recently sentenced to 16 months in custody in a criminal proceeding there that also forms the basis for the single charge of the pending Form 12 in this district.

For these reasons, IT IS STIPULATED AND AGREED that this matter may be taken off calendar until Mr. Santilla is summoned back to court in connection with the present proceeding.

-1-
STIPULATION
U.S. v. SANTILLA, 14-00382 JST

Dated: June 9, 2017
/s/
ZACHARY GLIMCHER
Assistant United States Attorney

Dated: June 9, 2017
/s/
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that this matter be taken off calendar until Mr. Santilla is summoned back to court in connection with the present proceeding.

Dated: June 12, 2017
_____
JON S. TIGAR
United States District Judge